UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Khan,

                    Plaintiff;                              25-cv-8716 (ALC)

            - against -                              **ORDER**

M Social Hotel et al

                              Defendants.
------------------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to submit a joint status report regarding the status of settlement

by July 15, 2026. If the Parties are unable to settle and want help from the Court-annexed

mediation program or a magistrate judge, indicate so in the JSR.


**SO ORDERED.**

Dated:       **July 1, 2026**
             **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**