UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Khan,<br><br>Plaintiff(s),<br><br>-against-<br><br>M Social Hotel,<br><br>Defendant(s). | 25-cv-8716 (ALC)<br><br>ORDER GRANTING LIMITED SCOPE PRO BONO COUNSEL |

Andrew L. Carter, Jr., United States District Judge:

The Court is in receipt of the July 15, 2026 joint status report and schedules an **in-person settlement conference on July 30, 2026 at 3 PM**. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

The Court directs that the Clerk of Court seek pro bono counsel to enter a limited appearance for the purpose of settlement in the above-captioned action. Counsel will file a Notice of Limited Appearance as Pro Bono Counsel.

Pro bono counsel will not be obligated for any aspect of Plaintiff's representation beyond the matters described in this order. Upon the filing by pro bono counsel of a Notice of Completion, the representation by pro bono counsel of Plaintiff in this matter will terminate, and pro bono counsel will have no further obligations or responsibilities to Plaintiff or to the Court in this matter. The Court requests that the Plaintiff respond promptly to any outreach by a volunteer lawyer seeking to discuss possible pro bono representation.

As the Court relies on volunteers, there is no guarantee that a volunteer attorney will decide to take the case or that, should the services of the volunteer be declined, the court will locate another. In either instance, plaintiff should be prepared to proceed with the case pro se.

SO ORDERED.

Dated: July 17, 2026
New York, New York

Andrew L. Carter, Jr.
United States District Judge