UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Khan,

Plaintiff;

- against -

M Social Hotel et al

Defendants.

-----------------------------------------------------------------------x

25-cv-8716 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules an in-person settlement conference for **September 8, 2026 at 10 am.** The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above. The Parties should *ex parte* email their settlement positions to alcarternysdchambers@nysd.uscourts.gov by **September 3, 2026.**

**SO ORDERED.**

**Dated:** **August 13, 2026**
**New York, New York**

Andrew L Carter

**ANDREW L. CARTER, JR.**
**United States District Judge**