UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Khan,

Plaintiff,

- against -

M Social Hotel et al

Defendants.

-------------------------------------------------------------------x

25-cv-8716 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed during the September 8, 2026 conference, Defendant's Motion is due October 6, 2026, Plaintiff's Opposition is due by November 5, 2026, and any Reply from Defendant is due by November 16, 2026.

**SO ORDERED.**

**Dated:** **September 8 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**