UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Khan,

Plaintiff;

- against -

M Social Hotel et al

Defendants.

---------------------------------------------------------------------x

25-cv-8716 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate ECF Nos. 8 and 18 as moot.

**SO ORDERED.**

**Dated:** **September 29, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**