MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 10/6/26

EGS
Ellenoff Grossman & Schole LLP

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NY 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
drothfeldegsllp.com

October 2, 2026

**Via ECF**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Khan v. M Social Hotel et al.***
**Docket No. 1-25-cv-08716 (ALC)**

Dear Judge Carter:

This firm represents Defendants M Social Hotel and Beata Pruszkowski (the "Defendants") in the above-referenced matter. Defendants respectfully submit this letter to request a one-week extension of the briefing schedule set forth in the Court's September 8, 2026 Order (ECF No. 24).

Pursuant to that Order, Defendants' motion is currently due October 6, 2026, Plaintiff's opposition is due November 5, 2026, and Defendants' reply is due November 16, 2026. Defendants respectfully request that these deadlines be extended by one week, such that Defendants' motion would be due October 13, 2026, Plaintiff's opposition would be due November 12, 2026, and Defendants' reply would be due November 23, 2026.

Defendants respectfully request this brief extension to provide counsel with additional time to finalize Defendants' motion and supporting papers.

This is Defendants' first request to extend the briefing schedule established by the Court's September 8, 2026 Order.

We thank the Court for its attention to this matter.

Respectfully Submitted,

Jared Nossen
Jaclyn K. Ruocco, Esq.
Jared A. Nossen, Esq.

SO ORDERED:
Andrew L Carter Jr
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

In the future, Defendants need to reach out to Plaintiff and indicate his position to the Court.
10/6/26