**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALAM M. KHAN,** **Plaintiff,** -against- **M SOCIAL HOTEL and BEATA PRUSZKOWSKI,** **Defendant.** | **25-cv-08716 (ALC)** **ORDER ON MOTION TO WITHDRAW** |

**ANDREW L. CARTER, JR., District Judge:**

Christie R. McGuinness, Esq., an attorney of record for Plaintiff Alam M. Khan, moved for leave to withdraw as counsel by Notice of Completion on October 14, 2026. ECF No. 32. Plaintiff's counsel has provided the Court with a sufficient basis for withdrawal.

Accordingly, Christie R. McGuinness, Esq. is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

Ryan M. Jerome, Esq., an attorney of record for Plaintiff Alam M. Khan, moved for leave to withdraw as counsel by Notice of Completion on October 14, 2026. ECF No. 33. Plaintiff's counsel has provided the Court with a sufficient basis for withdrawal.

Accordingly, Ryan M. Jerome, Esq. is hereby **GRANTED** leave to withdraw as counsel from the above-captioned case pursuant to Local Civil Rule 1.4.

**SO ORDERED.**

**Dated:** **October 16, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**