UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALAM M. KHAN, Plaintiff, | : | 1:25-cv-8716 (ALC) |
| -against- | : | **ORDER** |
| M SOCIAL HOTEL ET AL, Defendants. | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 6, 2026, Plaintiff filed a letter requesting an extension to file his opposition to Defendants' motion to dismiss and leave to serve an additional defendant in this action. The letter states that Defendants consent to the request for an extension to file Plaintiff's opposition. ECF No. 35. Plaintiff's request for an extension to file his opposition is GRANTED. Plaintiff must file his opposition by December 12, 2026.

Defendants are ORDERED to respond to Plaintiff's request to serve an additional defendant by November 18, 2026.

**SO ORDERED.**

**Dated:** November 13, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**